**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**



ORDER

Appellate case name:      Charles Cannon v. Sopheak Kong

Appellate case number:    01-18-00363-CV

Trial court case number:   88806-F

Trial court:              County Court at Law No. 2 of Brazoria County

      Appellant filed a motion to strike the brief of Appellee, Sopheak Kong. Appellant's motion is DENIED. *See* TEX. R. APP. P. 9.4.

      It is so ORDERED.


Judge's signature: <u>Harvey Brown</u>
                        ☑ Acting individually    ☐ Acting for the Court

Date: <u>December 20, 2018</u>